IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REBECCA E. EVANS,

        Plaintiff,

    v.

COMMISSIONER, Social Security Administration,

        Defendant.

Case No. 6:15-cv-00549-MA

ORDER

MARSH, Judge.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,149.13 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the award shall be made payable to Plaintiff's attorney if the Commissioner confirms that Plaintiff owes no debt

1 - ORDER -

to the government through the federal treasury offset program. There are no costs or expenses to be paid herein.

    IT IS SO ORDERED.

    DATED this 7 day of June, 2016.

                              /s/ Malcolm F. Marsh
                              Malcolm F. Marsh
                              United States District Judge

2 - ORDER -